# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JILL BARTH, GARY FALEN, LINDA FARRELL, FLOYD GOULD, JAMES KLOCK, ROSS LEGRANDE and MARK WILLIAMS,<br><br>    Plaintiffs,<br><br>    v.<br><br>MONSANTO COMPANY,<br><br>    Defendant. | Case No. 4:18-cv-00008 |

## STIPULATION TO REMAND CASE TO STATE COURT

WHEREAS, defendant Monsanto Company ("Monsanto") removed this action to this Court on January 2, 2018, based on information provided by Monsanto's registered agent that the registered agent had not been served with the Complaint in this action; and

WHEREAS, subsequent to removal, Monsanto learned that service of process on its registered agent occurred shortly before Monsanto's notice of removal was filed;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs and Monsanto, through their undersigned counsel and subject to approval by the Court, that this action should be remanded to Twenty-First Judicial Circuit Court, St. Louis County, Missouri.

8477948

| | |
|---|---|
| Dated: January 8, 2018 | Respectfully submitted, |

/s/ Tor Hoerman (with consent)  
Tor Hoerman, Esq.  
TORHOERMAN LAW LLC  
210 S. Main Street  
Edwardsville, IL 62025  
Telephone: (618) 656-4400  
Facsimile: (618) 656-4401  
tor@thlawyer.com  

*Attorney for Plaintiffs*

/s/ Christine F. Miller  
HUSCH BLACKWELL LLP  
Christine F. Miller, #34430  
Gregory J. Minana, #38004  
Erik L. Hansell, #51288  
The Plaza in Clayton  
190 Carondelet Plaza, Suite 600  
St. Louis, MO  63105  
Telephone: (314) 480-1500  
Facsimile:   (314) 480-1505  
chris.miller@huschblackwell.com  
greg.minana@huschblackwell.com  
erik.hansell@huschblackwell.com  

HOLLINGSWORTH LLP  
Joe G. Hollingsworth  
(to be admitted *pro hac vice*)  
1350 I Street, N.W.  
Washington, DC  20005  
Telephone: (202) 898-5800  
Facsimile:  (202) 682-1639  
jhollingsworth@hollingsworthllp.com  

*Attorneys for Defendant Monsanto Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of January, 2018, the foregoing was filed electronically with the Clerk of the Court for the United States District Court for the Eastern District of Missouri, Eastern Division, and was served by operation of that Court's electronic filing system, upon the following:

Tor Hoerman, Esq.  
TORHOERMAN LAW LLC  
210 S. Main Street  
Edwardsville, IL 62025  
tor@thlawyer.com  

*Counsel for Plaintiffs*

/s/ Christine F. Miller