# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **JILL BARTH, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 4:18CV8  NCC |
| v. ) | |
| ) | |
| **MONSANTO COMPANY,** ) | |
| ) | |
| Defendant. ) | |

## ORDER OF REMAND

This matter is before the Court on the Parties' Stipulation to Remand Case to State Court filed by Defendant Monsanto Company ("Monsanto") (Doc. 8).  In their Stipulation, Monsanto indicates that when it removed this action on January 2, 2018, it relied on information from its registered agent that the registered agent had not been served with the Complaint in this action (*Id.*).  However, subsequent to removal, Monsanto learned that service of process was effected on its registered agent shortly before the notice of removal was filed (*Id.*).  Therefore, the Parties stipulate and agree, subject to approval from this Court, to the remand of this action to the 21st Judicial Circuit Court, St. Louis County, Missouri (*Id.*).  For good cause shown, the Court will grant the Parties' request.  The Court also notes that the Clerk of Court sent Plaintiffs' counsel, Tor Hoerman, information regarding the Court's pro hac vice admission procedure because he is not admitted to practice in this district (Doc. 6).  Considering Monsanto removed the case from state court and the Parties promptly filed the current stipulation of remand, the Court finds pro hac vice status unwarranted.

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that this matter is **REMANDED** to the 21st Judicial Circuit Court, St. Louis County, Missouri.

**IT IS FURTHER ORDERED** that the Court will waive the pro hac vice admission standards and associated fee for Tor Hoerman for the limited purpose of remanding this action.

Dated this 19th day of January, 2018.

    _____
    HENRY EDWARD AUTREY
    UNITED STATES DISTRICT JUDGE